IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

ISAAC DEWAYNE RUSSELL                                              PETITIONER

V.                                    NO.  5:05CV00252

LARRY NORRIS, Director of Arkansas
Department of Correction                                            RESPONDENT

### ORDER

The Court has received proposed findings and recommendations from United States Magistrate Judge Henry L. Jones, Jr.  After careful review of the findings and recommendations and the timely objections thereto, as well as a de novo review of the record, the Court concludes that the findings and recommendations should be, and are hereby, approved and adopted as this Court's findings in all respects in their entirety.  Judgment shall be entered accordingly.

IT IS SO ORDERED this 31st day of October, 2005.

_____
James M. Moody
United States District Judge