IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

**ISAAC DEWAYNE RUSSELL**                                              **PETITIONER**

**V.**                               **NO.  5:05CV00252**

**LARRY NORRIS, Director of Arkansas**
**Department of Correction**                                           **RESPONDENT**

## JUDGMENT

Pursuant to the Order entered in this case on this date, IT IS CONSIDERED, ORDERED and ADJUDGED that this petition be, and it is hereby, dismissed without prejudice.

SO ORDERED this 31st day of October, 2005.


_____
James M. Moody
United States District Judge